JON WALLACE UPTON  46089
MARK D. MILLER  116349
D. TYLER THARPE  120427
ROBERT W. BRANCH   154963
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA and
BIAGRO WESTERN SALES, INC.

WILLIAM A. EKLUND 156348
UNIVERSITY OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200
Telephone:  (510) 987-9800
Facsimile:  (510) 587-6090

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation, and BIAGRO WESTERN SALES, INC., a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ACTAGRO, LLC, a California Limited Liability Company,<br><br>　　　　　　　Defendant. | Case No.   1: 02 CV 6530 AWI DLB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**New Date: Jan. 19, 2006**<br>**Time:  9:00 a.m.**<br>**Ctrm: 5 (Beck)**<br><br>**(Telephonic Appearance by Chicago Counsel)** |

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1
STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE

1    WHEREAS, the court set the date of January 5, 2006, for a scheduling conference in this case; and

3    WHEREAS, there was a death in the family of counsel for defendant Actagro, LLC, impacting the submission of a joint scheduling conference statement; and

5    WHEREAS, since Magistrate Judge Beck and his clerk were not available the week of December 27, 2005, the clerk for District Judge Ishii authorized the continuance of the scheduling conference.

8    NOW, THEREFORE, the parties hereto, namely The Regents of the University of California ("The Regents") and Biagro Western Sales, Inc., ("Biagro"), collectively "Plaintiffs," and defendant Actagro, LLC ("Actagro"), through their respective counsel, hereby stipulate and agree as to continue the scheduling conference for two weeks until **January 19, 2006**, at 9:00 a.m. in courtroom 5. A joint scheduling report shall be filed no later than January 12, 2006.

Dated:  December 28, 2005

    KIMBLE, MacMICHAEL & UPTON
    A Professional Corporation

    By     /Mark D. Miller/
        MARK D. MILLER
        Attorneys for Plaintiffs,
        THE REGENTS OF THE UNIVERSITY
        OF CALIFORNIA and BIAGRO
        WESTERN SALES, INC.

Dated:  December 28, 2005    SEYFARTH SHAW

    By     /Alan L. Unikel/
        ALAN L. UNIKEL
        Attorneys for Defendant
        ACTAGRO, LLC

**IT IS SO ORDERED**

Dated:  January 3, 2006.    **/s/ Dennis L. Beck**
        DENNIS L. BECK
        UNITED STATES MAGISTRATE JUDGE

756028.pleading.stip.continue.2

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE