JON WALLACE UPTON  46089
MARK D. MILLER  116349
D. TYLER THARPE  120427
ROBERT W. BRANCH   154963
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiffs
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA and
BIAGRO WESTERN SALES, INC.

WILLIAM A. EKLUND 156348
UNIVERSITY OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200
Telephone:  (510) 987-9800
Facsimile:  (510) 587-6090

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

\* \* \*

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation, and BIAGRO WESTERN SALES, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACTAGRO, LLC, a California Limited Liability Company,<br><br>　　　　　Defendant. | Case No.   1: 02 CV 6530 AWI DLB<br><br>**STIPULATION AND ORDER VACATING DATES AND CONTINUING SCHEDULING CONFERENCE**<br><br>**New Date:  August 8, 2006**<br>**Time:  8:45 a.m.**<br>**Ctrm: 9 (Beck)**<br><br>**(Telephonic Appearance by Chicago Counsel)** |

1
STIPULATION AND ORDER
VACATING DATES AND CONTINUING SCHEDULING CONFERENCE

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

WHEREAS, the court conducted a scheduling conference in this case on January 19, 2006; and

WHEREAS, the court issued a Scheduling Order on February 13, 2006; and

WHEREAS, the parties are engaged in settlement discussions and a settlement conference is scheduled for May 22, 2006; and

WHEREAS, the parties desire to focus on settlement discussions between now and date of the settlement conference, to vacate the dates set forth in the February 13, 2006 Scheduling Order, and to set a new scheduling conference (if necessary) for August 8, 2006.

NOW, THEREFORE, the parties hereto, namely The Regents of the University of California ("The Regents") and Biagro Western Sales, Inc., ("Biagro"), collectively "Plaintiffs," and defendant Actagro, LLC ("Actagro"), through their respective counsel, hereby stipulate and agree to vacate all of the dates in the February 13, 2006 Scheduling Order, and to set a new scheduling conference for **August 8, 2006**, at 8:45 a.m. in courtroom 9. A joint scheduling report shall be filed no later than August 1, 2006.

Dated: April __, 2006

    KIMBLE, MacMICHAEL & UPTON
    A Professional Corporation

    By   /Mark D. Miller/
        MARK D. MILLER
        Attorneys for Plaintiffs,
        THE REGENTS OF THE UNIVERSITY
        OF CALIFORNIA and BIAGRO
        WESTERN SALES, INC.

Dated: April __, 2006    SEYFARTH SHAW

    By   /Alan L. Unikel/
        ALAN L. UNIKEL
        Attorneys for Defendant
        ACTAGRO, LLC

///

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER
VACATING DATES AND CONTINUING SCHEDULING CONFERENCE

**IT IS SO ORDERED**

Dated:  April 18, 2006.	_____/s/ Dennis L. Beck_____
	DENNIS L. BECK
	UNITED STATES MAGISTRATE JUDGE

756028.pleading.stip.vacate.2

LAW OFFICES
Kimble, MacMichael
& Upton
A Professional Corporation
5260 North Palm Avenue
Suite 221
P. O. Box 9489
Fresno, CA 93792-9489