**FILED**
AUG 3 1 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Plaintiffs<br><br>v.<br><br>ACTAGRO, LLC, a California Limited Liability Company<br><br>Defendant | CASE NO. 1:02-CV-6530 AWI DLB<br><br>ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE COURT REGISTRY |

On February 21, 2003, Defendant filed an appeal bond for $250.00. On October 10, 2006, the parties filed a Rule 41(a)(1) dismissal of the action, and the case was closed on October 12, 2006. See Doc. Nos. 87, 88. There have been no other filings in this case. It has come to the attention of the Court that the $250 security was not disbursed and remains in the Court's registry.

Nearly nine years have passed since the last filing in this case, and no party has contacted the Court regarding the $250.00. Given the passage of time and the stipulated Rule 41(a)(1) dismissal, the Court finds it appropriate to order the disbursement of the $250.00, plus any interest that has accrued, to Defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall disburse the $250.00 security, plus all accrued interest, to Defendant; and
2. The Clerk shall send the funds to the Attention of Attorney Eric R. McDonough at Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, CA  90067-3063

IT IS SO ORDERED.

_____          8-31-15
Anthony W. Ishii, Senior District Judge                    Date